FILED by __CG__ D.C.

Dec 15, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**17-20891-CR-ALTONAGA/GOODMAN**

CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 915
18 U.S.C. § 1544
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)(1)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 982(a)(6)(A)

UNITED STATES OF AMERICA

vs.

ANTHONY GIGNAC,
   a/k/a "Khaled Al-Saud,"
   a/k/a "Khalid Al-Saud,"
   a/k/a "Khalid Bin Al-Saud,"
   a/k/a "Khalid Bin Sultan Al-Saud,"
   a/k/a "Sultan Bin Khalid Al Saud," and
CARL MARDEN WILLIAMSON,

      **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Commit an Offense Against the United States**
(18 U.S.C. § 371)

Beginning on or about March 24, 2017, the exact date being unknown to the Grand Jury, and continuing through on or about November 17, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ANTHONY GIGNAC,**
   a/k/a "Khaled Al-Saud,"
   a/k/a "Khalid Al-Saud,"
   a/k/a "Khalid Bin Al-Saud,"
   a/k/a "Khalid Bin Sultan Al-Saud,"
   a/k/a "Sultan Bin Khalid Al Saud," and
**CARL MARDEN WILLIAMSON,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly, and with intent to defraud within the United States, falsely assume and pretend **ANTHONY GIGNAC** to be a diplomatic, consular and other official of a foreign government duly accredited as such to the United States and, act as such, and in such pretended character, demand and obtain, and attempt to obtain any money, paper, document, and other thing of value, in violation of Title 18, United States Code, Section 915.

## PURPOSE OF THE CONSPIRACY

1. It was the purpose of the conspiracy for the defendants and their co-conspirators to falsely and fraudulently represent that **ANTHONY GIGNAC** was Saudi Arabian diplomat, with royal status, for the purpose of acquiring favorable consideration in business deals, and to obtain money, property, material goods, and other things of value.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose of the conspiracy included, among other things, the following:

2. **ANTHONY GIGNAC** and **CARL MARDEN WILLIAMSON** falsely and fraudulently represented to individuals and potential business partners that **ANTHONY GIGNAC** was a Saudi Arabian diplomat with royal status.

3. **ANTHONY GIGNAC** and **CARL MARDEN WILLIAMSON** used fraudulent United States diplomatic credentials and diplomatic license plates, which they displayed to individuals, including potential business partners.

4. **ANTHONY GIGNAC** and **CARL MARDEN WILLIAMSON**, attempted to falsely and fraudulently negotiate multi-million dollar business deals falsely and fraudulently portraying **ANTHONY GIGNAC** as a Saudi Arabian diplomat with royal status.

5. **ANTHONY GIGNAC** and **CARL MARDEN WILLIAMSON** demanded and received gifts based on **ANTHONY GIGNAC** and **CARL MARDEN WILLIAMSON's** representations that **ANTHONY GIGNAC** was a Saudi Arabian diplomat with royal status.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the purpose and object thereof, at least one of the co-conspirators committed and or caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1. On or about March 24, 2017, a co-conspirator approached a potential business partner, "Company T.A.", with a false and fraudulent business proposal from **ANTHONY GIGNAC**, whom she claimed was royalty.

2. On or about May 17, 2017, **CARL MARDEN WILLIAMSON** falsely and fraudulently introduced **ANTHONY GIGNAC** to individuals at "Company T.A." as "Saudi Crown Prince Khalid bin Al-Saud."

3. On or about June 4, 2017, **CARL MARDEN WILLIAMSON** purchased a false and fraudulent diplomatic license plate from the website www.eBay.com.

4. On or about August 11, 2017, **ANTHONY GIGNAC** showed individuals from "Company T.A." his automobile which contained a false and fraudulent diplomatic license plate.

5. On or about August 13, 2017, a co-conspirator demanded that an individual associated with "Company T.A." purchase a gift valued at over $50,000 for **ANTHONY GIGNAC**, because the honor of the "Sultan" had been questioned.

6. On or about August 13, 2016, **ANTHONY GIGNAC**, who was falsely and fraudulently posing as a "Sultan," accepted a gift valued at over $50,000 from an individual associated with "Company T.A."

7. On or about August 15, 2017, **ANTHONY GIGNAC** falsely and fraudulently represented to an individual associated with "Company T.A." that he had diplomatic license plates and diplomatic immunity.

8. On or about September 4, 2017, **ANTHONY GIGNAC** purchased a false and fraudulent diplomatic license plate from the website www.eBay.com.

9. On or about September 26, 2017, **CARL MARDEN WILLIAMSON** introduced **ANTHONY GIGNAC** to individuals from "Company F.F." as "Sultan Bin Khalid."

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Impersonating a Foreign Diplomat or Foreign Government Official
### (18 U.S.C. §§ 915 and 2)

Beginning at least as early as on or about March 24, 2017, the exact date being unknown to the Grand Jury, and continuing through on or about October 25, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

>    **ANTHONY GIGNAC,**
>      a/k/a "Khaled Al-Saud,"
>      a/k/a "Khalid Al-Saud,"
>      a/k/a "Khalid Bin Al-Saud,"
>      a/k/a "Khalid Bin Sultan Al-Saud,"
>      a/k/a "Sultan Bin Khalid Al Saud," and
>    **CARL MARDEN WILLIAMSON,**

did knowingly, and with intent to defraud within the United States, falsely assume and pretend **ANTHONY GIGNAC** to be a diplomatic, consular and other official of a foreign government duly accredited as such to the United States and, act as such, and in such pretended character, demand, obtain, and attempt to obtain any money, paper, document, and other thing of value, in violation of Title 18, United States Code, Sections 915 and 2.

## COUNT 3
### Misuse of a Passport
### (18 U.S.C. § 1544)

On or about October 29, 2017, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ANTHONY GIGNAC,**
  a/k/a "Khaled Al-Saud,"
  a/k/a "Khalid Al-Saud,"
  a/k/a "Khalid Bin Al-Saud,"
  a/k/a "Khalid Bin Sultan Al-Saud,"
  a/k/a "Sultan Bin Khalid Al Saud,"

did willfully and knowingly use and attempt to use any passport issued and designed for the use of another, that is, "D.M.", in violation of Title 18, United States Code, Section 1544.

## COUNT 4
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about October 29, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANTHONY GIGNAC,**
  a/k/a "Khaled Al-Saud,"
  a/k/a "Khalid Al-Saud,"
  a/k/a "Khalid Bin Al-Saud,"
  a/k/a "Khalid Bin Sultan Al-Saud,"
  a/k/a "Sultan Bin Khalid Al Saud,"

during and in relation to a felony violation of Title 18, United States Code, Section 1544, that is, willfully and knowingly using and attempting to use any passport issued and designed for the use of another, as charged in Count 3, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name and social security number of "D.M.," in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 5
### Possession of Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about November 17, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANTHONY GIGNAC,**
a/k/a "Khaled Al-Saud,"
a/k/a "Khalid Al-Saud,"
a/k/a "Khalid Bin Al-Saud,"
a/k/a "Khalid Bin Sultan Al-Saud,"
a/k/a "Sultan Bin Khalid Al Saud,"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANTHONY GIGNAC**, a/k/a "KHALED AL-SAUD," a/k/a "KHALID AL-SAUD, a/k/a "KHALID BIN AL-SAUD," a/k/a "KHALID BIN SULTAN AL-SAUD, a/k/a "SULTAN BIN KHALID AL SAUD," has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, the defendant **ANTHONY GIGNAC** shall forfeit to the United

States any ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

3. Upon conviction of a violation of Title 18, United States Code, Section 1544, as alleged in this Indictment, the defendant **ANTHONY GIGNAC** shall forfeit to the United States of America: (a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and (b) any property real or personal, (i) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; or (ii) that is used to facilitate, or is intended to be used to facilitate, the commission of the offense, pursuant to Title 18, United States Code, Section 982(a)(6)(A).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(6)(A), and the procedures set forth in Title 21 United States Code, Section 853.

A TRUE BILL

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
TRINITY JORDAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | |
| ANTHONY GIGNAC and<br>CARL MARDEN WILLIAMSON, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant.      / | **Superseding Case Information:** |

**Court Division**: (Select One)

- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New Defendant(s)    Yes [ ]    No [ ]
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect

4. This case will take    5-6    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    [ ]
   - II   6 to 10 days   [✓]
   - III  11 to 20 days  [ ]
   - IV   21 to 60 days  [ ]
   - V    61 days and over [ ]

   (Check only one)
   - Petty     [ ]
   - Minor     [ ]
   - Misdem.   [ ]
   - Felony    [✓]

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge:                                Case No.
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of    November 19, 2017
   Defendant(s) in state custody as of
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes [ ]    No [✓]

TRINITY JORDAN
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5502340

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ANTHONY GIGNAC

**Case No:** _____

Count #: 1
Impersonating a Foreign Diplomat or Foreign Government Official

Title 18, United States Code, Section 915

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2
Misuse of a Passport

Title 18, United States Code, Section 1544

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 3
Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment (consecutive to any other sentence)

Count #: 4

Possession of Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CARL MARDEN WILLIAMSON

**Case No:** _____

Count #: 1

Aiding and Abetting the Impersonation of a Foreign Diplomat or Foreign Government Official

Title 18, United States Code, Sections 915 and 2

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**