## **ATTACHMENT 1 – FORFEITURE OF PROPERTY**

1. A forfeiture money judgment in the amount of $8,131,102.06;

2. All items seized in connection with this case on or about November 19, 2017, including the following:

    a) approximately $88,338.45 in United States currency;

    b) various electronic equipment;

    c) various pieces of art;

    d) various personal property;

    e) various jewelry valued in total at approximately $254,105.00 in United States currency, as further described below:

        1. Rolex Daytona Oyster Perpetual Cosmograph
        2. Rolex Oyster Perpetual Date Just Chronometer
        3. Rolex Pearlmaster 39 mm Date Just Chronometer
        4. Gent's Rontende de Cartier Stainless Steel Chronograph
        5. Lady's Gold Audemars Piguet Watch
        6. Lady's Platinum and Diamond Line Bracelet
        7. Gent's Diamond Link Bracelet
        8. Lady's Cartier-style Bangle Bracelet
        9. Lady's Cartier-style Bangle Bracelet
        10. Lady's Cartier-style Bangle Bracelet
        11. Lady's Cartier-style Bangle Bracelet
        12. Lady's Cartier-style Bangle Bracelet
        13. Lady's Three Round Bangles
        14. Lady's Three Round Bangles
        15. Bangle Bracelet
        16. Gent's Fancy Link Necklace
        17. Gent's Wheat Link Necklace

18. Gent's Fancy Link Necklace
19. Gent's 10Kt gold chain
20. Gent's Cartier Style Ring
21. Gent's Cartier Wedding Band
22. Lady's Sapphire Heart Pendant
23. Pendant
24. Carved Jade and Diamond Pendant
25. Cartier Style Wedding Band
26. Sapphire Ring
27. Gold and Diamond Crown Charm
28. Gold and Diamond Pendant
29. Gent's Rolex Oyster President Perpetual Day Date Watch
30. Gent's Gold Arabic Pendant
31. Cartier Nail Bangle Bracelet
32. Lady's Diamond Bracelet
33. Lady's Cartier Bangle Bracelet
34. Cartier Gold and Diamond Bangle
35. Gent's Piaget Watch
36. Gent's Rolex Oyster Perpetual Date Just Stainless Steel

f) the contents, including interest, of all accounts of **ANTHONY GIGNAC, a/k/a "Khaled Al-Saud," a/k/a "Khalid Al-Saud," a/k/a "Khalid Bin Al-Saud," a/k/a "Khalid Bin Sultan Al-Saud," a/k/a "Sultan Bin Khalid Al Saud,"** Marden Williamson International, LLC, Marden Williamson International AG, and Alaska Jersey Limited, at the following institutions:

1. Wells Fargo, including account # 2802598967;
2. Bank of America, including account # 237030507126 and account # 237031890890;

       3.      PNC Bank;

       4.      Standard Charter Bank, Jersey, Channel Islands;

       5.      Banque Paris Bertrand Sturdza SA, Geneva, Switzerland; and

       6.      Zuger Kantonallban, Zug, Switzerland.

g)    the assets, equity interest in the following entities:

       1.      Marden Williamson International, LLC;

       2.      Marden Williamson International AG; and

       3.      Alaska Jersey Limited.

 

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 3/26/19          By: _____
FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEY

Date: 3/26/19          By: _____
AYANA HARRIS
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 3/26/19          By: _____
ANTHONY GIGNAC
DEFENDANT