# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

### CASE NO. 17-20891-CR-ALTONAGA(s)

UNITED STATES OF AMERICA,

vs.

ANTHONY GIGNAC,

    Defendant.

_____/

## NOTICE OF FILING LETTERS IN SUPPORT OF SENTENCING

The defendant, Anthony Gignac, through undersigned counsel, respectfully files the following letters and requests that this Court consider their content at the time of his sentencing. The letters are attached as follows:

Exhibit 1: Letters in Support of Sentencing.

    Respectfully Submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

BY:    s/Ayana N. Harris
    Ayana N. Harris
    Assistant Federal Public Defender
    Florida Bar No. 537624
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    (305) 530-7000/(305) 536-4559, Fax
    Email: ayana_harris@fd.org

## **CERTIFICATE OF SERVICE**

     I HEREBY certify that on **May 29, 2019**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                   s/Ayana N. Harris
                                                    Ayana N. Harris