UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20891-CR-ALTONAGA(s)

UNITED STATES OF AMERICA,

vs.

ANTHONY GIGNAC,

    Defendant.
_____/

**NOTICE OF HAND-DELIVERY OF
VIDEO IN SUPPORT OF SENTENCING**

    The defendant, Anthony Gignac, through undersigned counsel, respectfully files this Notice of Hand-delivery of Video in Support of Sentencing. A copy of a DVD containing a brief video in support of sentencing made by his brother, Daniel Moreno (who is unable to attend the sentencing hearing), was hand-delivered today to chambers and the government and Mr. Gignac respectfully requests that this Court consider its content at the time of his sentencing.

                Respectfully Submitted,

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

BY:     s/Ayana N. Harris
           Ayana N. Harris
           Assistant Federal Public Defender
           Florida Bar No. 537624
           150 W. Flagler Street, Suite 1700
           Miami, Florida 33130-1556
           (305) 530-7000/(305) 536-4559, Fax
           Email:  ayana_harris@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **May 30, 2019**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Ayana N. Harris
Ayana N. Harris
