**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20891-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ANTHONY GIGNAC**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Defendant's Motion to Seal [ECF No. 96]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The documents are permitted to be filed under seal and shall remain under seal until May 30, 2020. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 30th day of May, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record