UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cr-20891-CMA(s)(s)

UNITED STATES OF AMERICA

v.

ANTHONY GIGNAC
 a/k/a "KHALED AL-SAUD,"
 a/k/a "KHALID AL-SAUD,"
 a/k/a "KHALID BIN AL-SAUD,"
 a/k/a "KHALID BIN SULTAN AL-SAUD,"
 a/k/a "SULTAN BIN KHALID AL SAUD,"

    **Defendant.**
    _____/

## GOVERNMENT'S PROPOSED WITNESS AND EXHIBIT LIST

Prior to sentencing in this matter, the United States of America hereby submits the attached list of witness and exhibits that may be used during sentencing if required to prove the Defendant's role as a leader/organizer under USSG § 3N1.1(a). The United States reserves the right to amend this list before or during sentencing.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    */s/ Frederic C. Shadley*
    Frederic C. Shadley
    Court ID No. A5502298
    Frederic C. Shadley
    Assistant United States Attorney
    99 NE 4th Street
    Miami, FL 33132
    Tel: (305) 961-9349
    Email: Frederic.Shadley@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | WITNESS AND EXHIBIT LIST |
|---|---|
| v. | |
| ANTHONY GIGNAC, | CASE NUMBER: 17-cr-20891 |
| Defendant. | |

| PRESIDING JUDGE<br><br>Hon. Cecilia M. Altonaga | GOVERNMENT ATTORNEYS<br><br>AUSA Fritz Shadley | DEFENDANT'S ATTORNEYS<br><br>AFPD Ayana Harris |
|---|---|---|
| Sentencing Date<br><br>May 31, 2019 | COURT REPORTER | COURTROOM DEPUTY<br><br>Patricia Snead |

| WITNESS LIST | |
|---|---|
| **Witness** | Special Agent Ryan McSeveney, DSS |
| | |

| EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|
| GOV. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | **DESCRIPTION OF EXHIBITS** |
| 1 | | | | | 7/25/2015 Email from the Defendant to C.W. |
| 2 | | | | | 8/2/2015 Email from the Defendant to C.W. |
| 3 | | | | | 10/16/2017 Email from the Defendant to C.W. |
| 4 | | | | | Attachment to 10/16/2017 Email (Ex. 3) |
| 5 | | | | | 10/23/2017 Email from the Defendant to K.P. |
| 6 | | | | | Attachment to 10/23/2017 Email (Ex. 5) |
| 7 | | | | | 9/18/2017 Letter from C.W. |
| 8 | | | | | 4/6/2016 Letter from C.W. to R.F. |
| 9 | | | | | 6/27/2016 Email from the Defendant to C.W. |
| 10 | | | | | Text Messages between the Defendant and C.W. |
| 11 | | | | | Texts from C.W. Regarding his "Boss" |
| 12 | | | | | Texts between C.W. and S.B. |
| 13 | | | | | 4/1/2017 Email from F.V. to the Defendant and C.W. |

| | | | | | |
|---|---|---|---|---|---|
| 14 | | | | | Text Messages Between the Defendant and F.V. |
| 15 | | | | | 12/12/2017 Jail Call from the Defendant to C.W. |
| 16 | | | | | 12/13/2017 Jail Call from the Defendant to C.W. |
| 17 | | | | | Private Jet Video from the Defendant's Phone |
| 18 | | | | | London Video from the Defendant's Phone |
| 19 | | | | | Picture of the Defendant in Saudi Head-Gear |
| 20 | | | | | Picture of the Defendant with Foundation A |
| 21 | | | | | Picture of the Defendant with a Gift |
| 22 | | | | | Overview of Project Alaska |
| 23 | | | | | ------------- |
| 24 | | | | | ------------- |
| 25 | | | | | March 7, 2016 Email from K.P. to C.W. and the Defendant |
| 26 | | | | | WhatsApp Messages Between the Defendant and K.P. |
| 27 | | | | | Text Messages Between the Defendant and K.P. |
| 28 | | | | | Text Messages Between the Defendant and S.B. |
| | | | | | |
| | | | | | |
| | | | | | |