UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20891-CMA(s)(s)

UNITED STATES OF AMERICA

v.

ANTHONY GIGNAC
   a/k/a "KHALED AL-SAUD,"
   a/k/a "KHALID AL-SAUD,"
   a/k/a "KHALID BIN AL-SAUD,"
   a/k/a "KHALID BIN SULTAN AL-SAUD,"
   a/k/a "SULTAN BIN KHALID AL SAUD,"

                  **Defendant.**
_____/

## PARTIES' JOINT STIPULATION REGARDING RESTITUTION

The parties, by and through the undersigned Assistant United States Attorney, hereby file this joint stipulation to the entry of an order requiring the Defendant to pay restitution in the total amount of $7,049,581.44, which constitutes the money lost by the Defendant's wire fraud victims as a result of the Defendant's wire fraud scheme.  An order of restitution is mandatory under 18 U.S.C. § 3663A.

The government will provide the Probation Department with the identity of the victims, their contact information, and the amount of restitution due to each victim (the "Victim List"). The Probation Department will provide the Victim List to the Court by separate memorandum. There is no need for the Court to hold a hearing on the issue of restitution.

**WHEREFORE,** the parties respectfully request that the Court amend the Judgment and Conviction in this case to set total restitution in the amount of $7,049,581.44, and order payment to be made to the victims set forth in the Victim List that shall be provided to the Court by the Probation Department.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ Frederic C. Shadley
      Frederic C. Shadley
      Assistant United States Attorney
      Court ID No. A5502298
      99 Northeast 4th Street
      Miami, FL. 33132-2111
      Tel: (305) 715-7649
      Frederic.Shadley@usdoj.gov