UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20891-CR-ALTONAGA(s)(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ANTHONY GIGNAC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant's Motion to File Under Seal, filed on January 22, 2021 [ECF No. 123]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The documents are permitted to be filed under seal and shall remain under seal until **January 22, 2022**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of January, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record