**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20891-CR-ALTONAGA(s)(s)**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ANTHONY GIGNAC**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon the Government's Motion to Seal, filed on January 25, 2021 [ECF No. 126]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The documents are permitted to be filed under seal and shall remain under seal until **January 26, 2022**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 26th day of January, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record